# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVEN EUGENE BUSCHER,         ) | |
|                      Plaintiff,    ) | |
|                                    ) | |
| vs.                                ) | Case No. 08-4120-JAR |
|                                    ) | |
| MICHAEL J. ASTRUE,                 ) | |
| COMMISSIONER OF                    ) | |
| SOCIAL SECURITY,                   ) | |
|                      Defendant.    ) | |
|                      Defendant.    ) | |
| _____  ___) | |

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Gerald B. Cohn, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be affirmed pursuant to the fourth sentence of 42 U.S.C. § 405(g), in accordance with the July 21, 2009 Recommendation and Report (Doc. 29).

**IT IS SO ORDERED**.

Dated:  **August 7, 2009**

 S/ Julie A. Robinson
 **JULIE A. ROBINSON**
 **UNITED STATES DISTRICT JUDGE**